UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20921-KMM

JESUS GONZALEZ,

    Plaintiff,

v.

MASTER OF EMPANADAS, LLC
d/b/a CHIMBA and PPF AMLI 180
NE 29TH STREET, LLC,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant MASTER OF EMPANADAS, LLC d/b/a CHIMBA ("Chimba"), by and through their respective undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby jointly give notice that they have reached a settlement in principle of this action. Defendant PPF AMLI 180 NE 29TH STREET, LLC ("PPF AMLI") is not a party to the settlement, but the settlement will result in the complete dismissal with prejudice of this entire action, including Plaintiff's claims against PPF AMLI. The parties expect to submit appropriate settlement/dismissal papers within thirty (30) days.

Dated: May 30, 2024

Respectfully submitted,

| | |
|---|---|
| *s/ J. Courtney Cunningham*<br>J. Courtney Cunningham, Esq.<br>J. Courtney Cunningham, PLLC<br>8950 SW 74th Court<br>Suite 2201<br>Miami, FL 33156<br>Tel: (305) 351-2014<br>E-Mail: cc@cunninghampllc.com<br>Attorneys for Plaintiff | *s/ Adam S. Chotiner*[1]<br>Adam S. Chotiner, Esq.<br>Florida Bar No. 0146315<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Road, Suite 400<br>Boca Raton, FL 33434<br>Tel: (561) 477-7800<br>E-Mail: achotiner@sbwh.law<br>Attorneys for Defendant Chimba |

---

[1] J. Courtney Cunningham has provided Adam S. Chotiner with express authority to jointly file this notice.

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Jesus Gonzalez v. Master of Empanadas, LLC d/b/a Chimba, et al.*
Case No. 1:24-cv-20921-KMM
United States District Court, Southern District of Florida

| | |
|---|---|
| J. Courtney Cunningham, Esq.<br>E-Mail cc@cunninghampllc.com<br>J. Courtney Cunningham, PLLC<br>8950 SW 74th Court<br>Suite 2201<br>Miami, FL 33156<br>Tel: (305) 351-2014<br>Counsel for Plaintiff<br>*Via CM-ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL 33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendant Master of Empanadas, LLC d/b/a Chimba<br>*Via CM/ECF* |
| Christine Fuqua Gay, Esq.<br>E-Mail: christine.gay@hklaw.com<br>Holland & Knight LLP<br>701 Brickell Avenue, Suite 3300<br>Miami, Florida 33131<br>Telephone (305) 789-7447<br>Counsel for Defendant PPF Amli 180 NE 29th Street, LLC<br>*Via CM/ECF* | |